IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01171-MEH

KANSAS WHEAT ALLIANCE, INC., and
KANSAS STATE UNIVERSITY RESEARCH FOUNDATION,

      Plaintiffs,

v.

THUNDERBIRD SEED CONDITIONING, LLC,
THUNDERBIRD COMMODITIES, LLC, and
JOHN DOES 1-50,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2012.**

      Defendants' Unopposed Motion for Entry of Stipulated Protective Order [filed May 15, 2013; docket #46] is **denied without prejudice**. Upon review of the proposed Stipulated Protective Order, the Court notes that the parties have failed to specify the time frame within which a party must file a motion in the event another party challenges the designation of certain documents as confidential. The proposed Protective Order also fails to indicate what effect, if any, failure to file a timely motion will have of the designation of the documents as confidential. The Court advises the parties to consult the protective order issued in *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000) in preparing a revised proposed protective order. In renewing their request for a protective order, the parties are further directed to submit a revised proposed order in either Word or WordPerfect format to *hegarty_chambers@cod.uscourts.gov*.