IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 12-cv-01171-MEH | **FTR – Courtroom A501** |
| **Date:** September 25, 2013 | Cathy Pearson, Courtroom Deputy |

| | |
|---|---|
| KANSAS WHEAT ALLIANCE, INC. and<br>KANSAS STATE UNIVERSITY RESEARCH FOUNDATION, | Mark Henry |
| Plaintiffs, | |
| v. | |
| THUNDERBIRD SEED CONDITIONING LLC and<br>THUNDERBIRD COMMODITIES LLC, | Raul Chacon, Jr.<br>Dana Eismeier |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 9:14 a.m.

The Court calls case. Appearances of counsel.

Argument and discussion held regarding Defendants' Motion for Summary Judgment (Doc. 51, filed 6/21/2013).

10:05 a.m.  Court in recess.
10:14 a.m.  Court in session.

Continued argument and discussion held regarding Defendants' Motion for Summary Judgment (Doc. 52, filed 6/21/2013).

**The Court takes the motion under advisement.**

Defendants' counsel moves to extend the deadline for the response to Plaintiffs' Opposed Motion to Amend Complaint and Add Parties (Doc. 66, filed 9/13/2013). Plaintiffs' counsel objects to an extension. Plaintiffs' counsel orally moves to lift restrictions on all documents in this case. Defendants' counsel has no objection to lifting restrictions.

**ORDERED:** 1.  Defendants' oral motion to extend deadline for response to Plaintiffs' Opposed Motion to Amend complaint and Add Parties is GRANTED. Defendants' response is due on or before **October 15, 2013.**

        2.       The Clerk of the Court shall lift any restrictions as to all documents in this case.

**Court in recess:**    11:12 a.m.    (Hearing concluded)
Total time in court:    1:49

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.