IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**    12-cv-01171-MEH                **FTR – Courtroom A501**
**Date:**    September 25, 2013                        Cathy Pearson, Courtroom Deputy

KANSAS WHEAT ALLIANCE, INC. and                       Mark Henry
KANSAS STATE UNIVERSITY RESEARCH FOUNDATION,

    Plaintiffs,

v.

THUNDERBIRD SEED CONDITIONING LLC and                 Raul Chacon, Jr.
THUNDERBIRD COMMODITIES LLC,                          Dana Eismeier

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**    9:14 a.m.

The Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendants' Motion for Summary Judgment (Doc. 51, filed 6/21/2013).

10:05 a.m.    Court in recess.
10:14 a.m.    Court in session.

Continued argument and discussion held regarding Defendants' Motion for Summary Judgment (Doc. 52, filed 6/21/2013).

**The Court takes the motion under advisement.**

Defendants' counsel moves to extend the deadline for the response to Plaintiffs' Opposed Motion to Amend Complaint and Add Parties (Doc. 66, filed 9/13/2013).   Plaintiffs' counsel objects to an extension.   Plaintiffs' counsel orally moves to lift restrictions on all documents in this case. Defendants' counsel has no objection to lifting restrictions.

**ORDERED:**  1.    Defendants' oral motion to extend deadline for response to Plaintiffs' Opposed Motion to Amend complaint and Add Parties is GRANTED. Defendants' response is due on or before **October 15, 2013.**

        2.        The Clerk of the Court shall lift any restrictions as to all documents in this case.

**Court in recess:**    11:12   a.m.   (Hearing concluded)
Total time in court:    1:49

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.