IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01171-MEH

KANSAS WHEAT ALLIANCE, INC., and
KANSAS STATE UNIVERSITY RESEARCH FOUNDATION,

    Plaintiffs,

v.

THUNDERBIRD SEED CONDITIONING, LLC,
THUNDERBIRD COMMODITIES, LLC,
THUNDERBIRD LIVESTOCK & LAND, INC.,
LINLY STUM,
MONTE STUM,
JAY STUM,
LANE STUM, and
FAITHWALK FARMS INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2013.**

    Plaintiffs' Motion to Compel Nonparty Thunderbird Livestock & Land, Inc., to Comply with Subpoena Duces Tecum [filed October 15, 2013; docket #71] is **denied as moot**. The Plaintiffs' Second Amended Complaint, filed on October 17, 2013 [docket #75] added Thunderbird Livestock & Land, Inc. as a Defendant in this case. Thus, pursuant to Fed. R. Civ. P. 45, which governs non-party discovery, a subpoena duces tecum is no longer the proper means by which to obtain discovery from this party.