IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01171-MEH

KANSAS WHEAT ALLIANCE, INC., and
KANSAS STATE UNIVERSITY RESEARCH FOUNDATION,

      Plaintiffs,

v.

THUNDERBIRD SEED CONDITIONING, LLC,
THUNDERBIRD COMMODITIES, LLC,
THUNDERBIRD LIVESTOCK & LAND, INC.,
LINLY STUM,
MONTE STUM,
JAY STUM,
LANE STUM, and
FAITHWALK FARMS INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2013.**

      Plaintiffs' Motion to Compel Nonparty Ron Dresselmeyer to Comply with Subpoena Duces Tecum is [filed October 18, 2013; docket #74] is **denied without prejudice** for failure to comply fully with D.C. Colo. LCivR 7.1A.  The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added).  It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.*