IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01171-MEH

KANSAS WHEAT ALLIANCE, INC., and
KANSAS STATE UNIVERSITY RESEARCH FOUNDATION,

      Plaintiffs,

v.

THUNDERBIRD SEED CONDITIONING, LLC,
THUNDERBIRD COMMODITIES, LLC,
THUNDERBIRD LIVESTOCK & LAND, INC.,
LINLY STUM,
MONTE STUM,
JAY STUM,
LANE STUM, and
FAITHWALK FARMS INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2013.**

      The Opposed Amended Motion to Compel Nonparty Ron Drosselmeyer to comply with Subpoena Duces Tecum [filed October 24, 2013; docket #81] is **granted**. Because Drosselmeyer has waived any objections by his noncompliance with the subpoena *duces tecum*, the Motion will be granted in its entirety. The Court will, by separate order, direct Drosselmeyer to produce the documents in open court at a hearing on an order to show cause why Drosselmeyer should not be held in contempt of court pursuant to Fed. R. Civ. P. 45(e). Failure to appear by Drosselmeyer will result in a federal arrest warrant. Further, Plaintiffs are advised of the Court's view that Defendants' proposed insertion of its position on the Motion, as shown in the e-mail string which is ECF docket 84-1, is a very appropriate and efficient manner in which to handle the Rule 7.1(A) requirement under the Local Rules, and Plaintiffs are instructed to honor such requests by the Defendants in the future.